# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH
# NORTHERN DIVISION

| | |
|---|---|
| **LIFETIME PRODUCTS, INC.**, a Utah corporation, <br><br> Plaintiff, <br><br> v. <br><br> **RUSSELL BRANDS, LLC D/B/A SPALDING,** a Delaware limited liability company, <br><br> Defendant. | **UPDATE TO SCHEDULING ORDER (DKT. 30)** <br><br> Civil No. 1:12-cv-00026-DN-EJF <br><br> District Judge David Nuffer <br><br> Magistrate Judge Evelyn Furse <br><br> (Jury Demanded) |

In accordance with the Court's lifting of the stay on claim construction proceedings, the Scheduling Order (Dkt. 30) is modified as follows pursuant to the parties' agreement thereto:

| Deadline/Event | Date |
|---|---|
| Parties exchange proposed claim terms for construction | 8/29/14 |
| Parties exchange preliminary claim constructions and supporting extrinsic evidence | 9/12/14 |
| Parties meet and confer regarding preliminary claim constructions | 9/19/14 |
| Parties disclose expert witnesses relating to claim construction, if any, including the subject matter of their testimony and facts and opinions to which they are expected to testify | 9/19/14 |
| Parties file joint claim construction and prehearing statement | 10/10/14 |
| Close of claim construction discovery, including expert discovery relating to claim construction, if any | 11/7/14 |
| Plaintiff files opening claim construction brief | 11/21/14 |

| Deadline/Event | Date |
| --- | --- |
| Defendant files responsive claim construction brief | 12/12/14 |
| Plaintiff files reply claim construction brief | 12/19/14 |
| Claim Construction Hearing | 02/05/15 -  1 day, starting at 8:30 a.m. |

Immediately following the issuance of the Court's ruling on claim construction issues, the parties shall meet and confer and attempt to agree on a schedule for the events that will follow the claim construction ruling. The schedule shall include all of the items identified in the Attorneys' Planning Meeting Report (Dkt. 26) as set to occur subsequent to the Court's claim construction ruling, and shall generally conform to the sequencing set forth in the Attorneys' Planning Meeting Report. Within fourteen (14) days following the issuance of the Court's claim construction ruling counsel for Lifetime shall file and serve a report setting forth the agreement of the parties on scheduling issues, or if no agreement can be reached, a report setting forth the competing proposals of the parties.

Except as modified herein, the provisions of the Scheduling Order (Dkt. 30) remain in effect.

Dated: _August 14, 2014                    BY THE COURT:

                                            _____
                                            Evelyn J. Furse
                                            United States Magistrate Judge